IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 324

| | |
|---|---|
| **JOHN ALEXANDER COMBS,** ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **RICHARD M. HEEBNER,** ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** has come before the undersigned pursuant to an Amended Consent Motion to Stay Case or, in the Alternative, to Extend Certain Deadlines (#14) filed by counsel for Plaintiff. It appears that Defendant has consented to the motion and the undersigned has consulted with the District Court concerning the motion. As a result, the motion will be allowed in part and denied in part in that the Motion to Stay will be denied but the motion to extend various deadlines will be allowed.

Counsel for all parties are advised that by the entry of this Order, this will be the third time this Court has addressed the Pretrial Order and Case Management Plan in this case. No further extensions as to modifications of the Pretrial Order will be allowed, except for extremely compelling reasons.

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the Amended Consent Motion to Stay Case or, in the Alternative, to Extend Certain Deadlines (#14) is **DENIED** in part and **ALLOWED** in part. The motion to stay the proceedings in this matter is **DENIED**. The portion of the motion that requests an extension of various deadlines will be allowed and the deadlines shall be extended as follows:

| | |
|---|---|
| **Expert Report Deadlines:** | April 1, 2017 (Plaintiff) |
| | May 1, 2017 (Defendant) |
| **Discovery:** | September 1, 2017 |
| **Mediation:** | September 15, 2017 |
| **Motion:** | October 1, 2017. |

Signed: March 13, 2017

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge